**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BREFKA & HENKE GmbH & CO. KG,
STEMCOR USA INC., and CERTAIN
INTERESTED UNDERWRITERS

              Plaintiffs,

vs.                                                        Case No. 3:07-cv-889-J-32MCR

M/V GREAT RIVER, *IN REM*, and CIDO
SHIPPING (HK) CO., LTD., WHITE PINE
SHIPPING SA, and BULK LOGISTICS, LTD.,
*IN PERSONAM*,

              Defendants.

_____

**ORDER**

This case is before the Court sua sponte. In reviewing the complaint, the Court sees that plaintiffs have improperly incorporated by reference all the preliminary factual recitations and all the allegations of the preceding counts, thus including information and allegations that are irrelevant to the cause of action alleged in each count. See, e.g., Strategic Income Fund, LLC v. Spear, Leeds & Kellogg Corp., 305 F.3d 1293, 1295 (11th Cir. 2002) ("The typical shotgun complaint contains several counts, each one incorporating by reference the allegations of its predecessors, leading to a situation where most of the counts (i.e., all but the first) contain irrelevant factual allegations and legal conclusions."). The Eleventh Circuit has condemned such pleading and suggests that, "when faced with such pleading, the district court, acting on its own initiative, [should] require a repleader." Lumley v. City of Dade City, Florida, 327 F.3d 1186, 1192 n.13 (11th Cir. 2003). Plaintiffs are therefore

directed to file and serve an amended complaint that corrects this pleading defect no later than **October 19, 2007**.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of October, 2007.

                                                                            _____
                                                                            TIMOTHY J. CORRIGAN
                                                                            United States District Judge

s.
Copies:

counsel of record